**DISMISS; and Opinion Filed May 14, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00213-CR**
**No. 05-13-00214-CR**

**VICTOR SALAZAR, JR., Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-41628-M, F11-71061-M**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

Victor Salazar, Jr. pleaded guilty to two state jail felony theft offenses.  He also pleaded true to two enhancement paragraphs alleged in each indictment.  Pursuant to plea agreements, the trial court sentenced appellant to five years' imprisonment in each case.  The trial court certified that appellant does not have the right to appeal.  *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).  We dismiss the appeals for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
Do Not Publish                                     JUSTICE
TEX. R. APP. P. 47

130213F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VICTOR SALAZAR, JR., Appellant

No. 05-13-00213-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-41628-M.
Opinion delivered by Justice Lang-Miers,
Justices Moseley and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 14th day of May, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VICTOR SALAZAR, JR., Appellant

No. 05-13-00214-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-71061-M.
Opinion delivered by Justice Lang-Miers,
Justices Moseley and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 14th day of May, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE